BEFORE THE SECOND DIVISION, JULY 13, 1960

No. 64394.—Frank Kraus et al. v. United States, protests 59/12751, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of paper needle holders the same in all material respects as those the subject of Abstract 63099, the claim of the plaintiffs was sustained.

No. 64395.—Mario Mfg. Co. et al. v. United States, protests 188987–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the subject of Abstract 62036, except that they are not plated with platinum, gold, or silver, nor colored with gold lacquer, the claim of the plaintiffs was sustained.

No. 64396.—Beer Stern Import Corp. and Concord Novelty Co., Inc. v. United States, protests 59/7326 and 59/7333 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claim of the plaintiffs was sustained.